**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| HUNTER ENGINEERING COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:24-cv-00726-CMS |
| | ) | |
| DEEFAKTO SA/NV, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
OF COUNTS IV-X**

Pursuant to Fed. R. Civ. P. 41(A)(ii), the undersigned counsel hereby stipulate that Counts IV-X of the First Amended Complaint (Dkt. 55) shall be dismissed without prejudice and each party shall bear its costs and expenses related to these claims. This stipulation shall not affect Counts I - III of Plaintiff's First Amended Complaint.

**THOMPSON COBURN LLP**

By: */s/ Steven E. Garlock*
Steven E. Garlock, #38346MO
Nicholas T. Schnell, #73932MO
sgarlock@thompsoncoburn.com
nschnell@thompsoncoburn.com
One US Bank Plaza
St. Louis, MO 63101
314-552-6000
314-552-7000 (fax)

*Attorneys for Plaintiff
Hunter Engineering Company*

**RYNEARSON SUESS LLC**

By: */s/ Dean A. Stark* (with consent)
Dean A. Stark, #46948MO
dstark@rssclaw.com
500 N. Broadway
Suite 1550
St. Louis, MO 63102
314-421-4430
314-421-4431 (fax)

*Attorney for Defendants Deefakto SA/NV and
Wim Craenen*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2026, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system to all counsel of record.

/s/ *Steven E. Garlock*